No. 69305.—Weather-Rite Sportswear Co., Inc. *v.* United States, protests 64/25011, etc. (New York).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of articles of synthetic rubber similar in all material

respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA —, C.A.D. 848), the claim of the plaintiff was sustained.